# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 8, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

145257 & (5)(6)

In re:

The Honorable Bruce U. Morrow
Judge, 3rd Circuit Court
Detroit, Michigan

_____/

SC: 145257

On order of the Court, the motion for immediate consideration is GRANTED. The motion to seal the record is considered, and it is DENIED as moot. In the absence of a stipulation waiving confidentiality, MCR 9.221 applies.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2013 _____

_____
Clerk

d0205